UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:24-cv-03611-KS                                    Date: June 1, 2026

Title      *Justin Jermain Wills et al v. CVS Pharmacy, Inc.*

---

Present: The Honorable:  Karen L. Stevenson, Chief United States Magistrate Judge

|  Kerri Hays  |  N/A  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendant:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SETTLEMENT AND STIPULATED DISMISSAL**

On December 5, 2025, the parties filed a Notice of Settlement ("Notice"). (Dkt. No. 38.) In the Notice, the parties state that "this case has been resolved by settlement" and that "a dismissal with prejudice is expected to be filed within 45 days." (*Id.*)

On December 8, 2025, the Court vacated all set dates and deadlines and granted the parties until January 22, 2026 to file any settlement documents and a Stipulation of Dismissal. (Dkt. No. 39.) However, as of the date of this Order, the parties have yet to file a Stipulation of Dismissal or a request for additional time.

Based upon the foregoing, the parties are **ORDERED TO SHOW CAUSE** by June 15, 2026 why the Court should not proceed with setting new dates and deadlines in this case. **To discharge this Order, the parties must file a stipulated dismissal on or before the June 15, 2026 deadline.** If the Court does not receive a stipulated dismissal within the required time, the Court will set a scheduling conference to reinstate all dates and deadlines in this matter.

**IT IS SO ORDERED**.

|  :  |
|---|
| **Initials of Preparer**      klh |

CV-90 (03/15)                    Civil Minutes – General                    Page **1** of **1**